# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JOYCE MICHELLE STAPLES,  Plaintiff, v. DOLGENCORP, LLC. Defendant. | Civil Action No.: 4:20-cv-00298-HLM-WEJ  **Jury Trial Demanded** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby file this joint stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby dismiss this action and all claims therein with prejudice. Each party will bear its own attorney fees and costs.

Respectfully submitted this 4th day of April, 2022.

By: /s/ *Douglas R. Kertscher*
Douglas R. Kertscher
Georgia Bar No. 416265
Hill, Kertscher & Wharton, LLP
3625 Cumberland Blvd.
Suite 1050
Atlanta, GA 30339
drk@hkw-law.com

*Attorney for Plaintiff*

1

*/s/ Melissa M. Hensley*
Melissa M. Hensley
Texas Bar. No. 00792578
mhensley@mcguirewoods.com
Alexander J. Toney
Texas Bar No. 24088542
atoney@mcguirewoods.com
McGuireWoods LLP
2000 McKinney Ave., Ste. 1400
Dallas, TX 75201
T: (214) 932-6400
F: (214) 932-6499

Peter N. Farley
Georgia Bar No. 255165
pfarley@mcguirewoods.com
McGuireWoods LLP
1230 Peachtree Street NE
Promenade, Suite 2100
Atlanta, GA 30309
T: (404) 443-5725
F: (404) 443-5768

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| JOYCE MICHELLE STAPLES,<br><br>    Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC.<br><br>    Defendant. | Civil Action No.:<br><br>4:20-cv-00298-HLM-WEJ<br><br><br>**Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I hereby certify on this 4th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

By:  /s/ Douglas R. Kertscher
Douglas R. Kertscher
Georgia Bar No. 416265

*Attorney for Plaintiff*

3